IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  5:08-CR-676 (NAM) |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL C. WOODS,** | ) | |
| **GAETAN DINELLE,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby moves to dismiss Counts 4, 5, 6, 7, and 8 of Superseding Indictment No. 5:08-CR-676 (NAM) against the defendants.

The reason(s) for this dismissal are (check one or more):

☐ Case transferred to another District

☐ Speedy Trial Act

☐ Defendant's cooperation

☐ Insufficient evidence at this time

☒ Other:   All dismissed counts are incorporated in other more serious pending charges

With respect to this dismissal, defendants (check one):

☒ Consents

☐ Objects

☐ Has not been consulted

This dismissal is without prejudice.

Dated: July 28, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Carl G. Eurenius
Assistant United States Attorney
Bar Roll No. 511746

Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this __28th__ day of July, 2015.

_____
Hon. Norman A. Mordue
Senior United States District Judge

2