UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

UNITED STATES OF AMERICA,

-V-

MICHAEL C. WOODS and             5:08-CR-676-1 (NAM)

GAETAN DINELLE,                  5:08-CR-676-2 (NAM)

DEFENDANTS.

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### AS TO GAETAN DINELLE

**1. COUNT ONE: CONSPIRACY TO DISTRIBUTE OR POSSESS WITH THE INTENT TO DISTRIBUTE MARIJUANA OR AIDING AND ABETTING THE CONSPIRACY [18 U.S.C. § 2; 21 U.S.C. §§ 841(A)(1) AND 846].**

AS FOR COUNT ONE OF THE SUPERSEDING INDICTMENT AGAINST GAETAN DINELLE, HOW DO YOU, THE JURY, FIND?

GUILTY __X__   NOT GUILTY _____

IF YOUR VERDICT ON COUNT ONE IS GUILTY, PROCEED TO 1.A.  IF YOUR VERDICT ON COUNT ONE IS NOT GUILTY, PROCEED TO QUESTION 2.

    1.A. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY MORE THAN 1000 KILOGRAMS?

    YES __X__   NO _____

    IF YOUR ANSWER IS "YES," PROCEED TO QUESTION 2. IF YOUR ANSWER IS "NO," PROCEED TO 1.B.

1.B. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY 100 KILOGRAMS OR MORE BUT LESS THAN 1000 KILOGRAMS?

YES _____ NO_____

IF YOUR ANSWER IS "YES," PROCEED TO QUESTION 2. IF YOUR ANSWER IS "NO," PROCEED TO 1.C.

1.C. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY 50 KILOGRAMS OR MORE BUT LESS THAN 100 KILOGRAMS?

YES _____ NO_____

PROCEED TO QUESTION 2.

**2. COUNT TWO: CONSPIRACY TO IMPORT MARIJUANA OR AIDING AND ABETTING THE CONSPIRACY [18 U.S.C. § 2; 21 U.S.C. §§ 952 AND 963]**

AS FOR COUNT TWO OF THE SUPERSEDING INDICTMENT AGAINST GAETAN DINELLE, HOW DO YOU, THE JURY, FIND?

GUILTY \_\_X\_\_ NOT GUILTY _____

IF YOUR VERDICT ON COUNT TWO IS GUILTY, PROCEED TO 2.A. IF YOUR VERDICT ON COUNT TWO IS NOT GUILTY, PROCEED TO QUESTION THREE.

2.A. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY MORE THAN 1000 KILOGRAMS?

YES \_\_X\_\_ NO_____

IF YOUR ANSWER IS "YES," PROCEED TO QUESTION 3. IF YOUR ANSWER IS "NO," PROCEED TO 2.B.

2.B. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY 100 KILOGRAMS OR MORE BUT LESS THAN 1000 KILOGRAMS?

YES _____  NO_____

IF YOUR ANSWER IS "YES," PROCEED TO COUNT 3. IF YOUR ANSWER IS "NO," PROCEED TO 2.C.

2.C. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY 50 KILOGRAMS OR MORE BUT LESS THAN 100 KILOGRAMS?

YES _____  NO_____

PROCEED TO QUESTION 3.

**3. COUNT THREE: CONSPIRACY TO DISTRIBUTE MARIJUANA KNOWING OR INTENDING THAT IT WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES [21 U.S.C. §§ 959 AND 963]**

AS FOR COUNT THREE OF THE SUPERSEDING INDICTMENT AGAINST GAETAN DINELLE, HOW DO YOU, THE JURY FIND?

GUILTY __X__  NOT GUILTY _____

IF YOUR VERDICT ON COUNT THREE IS GUILTY, PROCEED TO 3.A. IF YOUR VERDICT ON COUNT THREE IS NOT GUILTY, PROCEED TO QUESTION FOUR.

3.A. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY MORE THAN 1000 KILOGRAMS?

YES __X__  NO_____

IF YOUR ANSWER IS "YES," PROCEED TO QUESTION 4. IF YOUR ANSWER IS

"NO," PROCEED TO 3.B.

3.B. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY 100 KILOGRAMS OR MORE BUT LESS THAN 1000 KILOGRAMS?

YES _____   NO _____

IF YOUR ANSWER IS "YES," PROCEED TO QUESTION 4. IF YOUR ANSWER IS "NO," PROCEED TO 3.C.

3.C. WAS THE AMOUNT OF MARIJUANA THE DEFENDANT REASONABLY COULD HAVE FORESEEN AS BEING INVOLVED IN THE CONSPIRACY 50 KILOGRAMS OR MORE BUT LESS THAN 100 KILOGRAMS?

YES _____   NO _____

IF YOU HAVE ANSWERED NOT GUILTY TO ALL OF QUESTIONS 1, 2, AND 3, PROCEED NO FURTHER AND RETURN YOUR VERDICT TO THE COURT.

IF YOU HAVE ANSWERED GUILTY TO ONE OR MORE OF QUESTIONS 1, 2, AND 3, PROCEED TO QUESTION 4.

**4. COUNT NINE: CONTINUING CRIMINAL ENTERPRISE [21 U.S.C. § 848(A)]**

AS FOR COUNT NINE OF THE SUPERSEDING INDICTMENT AGAINST GAETAN DINELLE, HOW DO YOU, THE JURY, FIND?

GUILTY __X__   NOT GUILTY _____

IF YOUR VERDICT ON COUNT NINE IS GUILTY, PROCEED TO 4.A. IF YOUR VERDICT ON COUNT NINE IS NOT GUILTY, GO NO FURTHER AND RETURN YOUR VERDICT TO THE COURT.

4.A. WHICH OF THE FOLLOWING DO YOU UNANIMOUSLY FIND TO BE THE THREE OR MORE VIOLATIONS AS TO DEFENDANT GAETAN DINELLE?

|  | YES | NO |
|---|---|---|
| COUNT 1 | X |  |
| OVERT ACT 1 | X |  |
| OVERT ACT 3 | X |  |
| OVERT ACT 5 |  | X |
| OVERT ACT 6 | X |  |
| OVERT ACT 7 | X |  |
| OVERT ACT 8 | X |  |
| OVERT ACT 9 | X |  |
| OVERT ACT 10 |  | X |
| OVERT ACT 11 | X |  |
| OVERT ACT 13 |  | X |
| OVERT ACT 14 | X |  |
| OVERT ACT 15 |  | X |
| OVERT ACT 16 |  | X |
| OVERT ACT 18 | X |  |
| OVERT ACT 20 | X |  |
| OVERT ACT 21 |  | X |
| OVERT ACT 22 |  | X |
| OVERT ACT 23 | X |  |
| OVERT ACT 24 | X |  |
| COUNT 2 | X |  |
| COUNT 3 | X |  |

4.B. DO YOU FURTHER FIND THAT DEFENDANT GAETAN DINELLE WAS A PRINCIPAL ADMINISTRATOR, LEADER, OR ORGANIZER OF AN ENTERPRISE WHICH RECEIVED $10,000,000 IN ANY 12 MONTH PERIOD OF ITS EXISTENCE FOR THE IMPORTATION OR DISTRIBUTION OF MARIJUANA?

YES __X__ NO _____

SO SAY WE ALL,