Gaetan Dinelle

FILED
FEB 28 2022
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

Feb 16 2022

Dear Judge

The lock down continues. Since before Christmas we've been locked in cells. I included copies of "Inmate Notifications" to prove my point.

On Dec 24 2021 a serious stabbing. Somehow a staff assult took place on January 18 2022 while were still locked down from the Dec 24 2021 incident. Now Jan 31 2022 while still on lock down someone somewhere in the BOP was killed.

I cant do anything locked in a cell with no law library access, phone or emails. Im requeting more time

Gaetan Dinelle

Attached 3 Pages



# FCC Hazelton

## USP Hazelton

This serves as a notification to the inmate population (USP) regarding USP Hazelton Modified Operations.

Due to the incident which occurred on December 24, 2021, in unit E-2, the USP will be on modified operations until thorough searches can be conducted of the institution. After searches are completed, a determination will be made concerning normal operations of USP Hazelton.

Our objective is to always ensure the safe and orderly running of this institution for staff, inmates, and the General Public. Your cooperation in this matter is not only requested, but expected.

_____          _1/8/22_____
R. Wolfe, Warden                 Date



# FCC Hazelton

## USP Hazelton

## Lockdown Status

This serves as a notification to the USP Hazelton inmate population. The USP will remain on lockdown status until further notice. This is the result of an incident which occurred on January 18, 2022, which involved a staff member. Understand, these types of incidents will not be tolerated and will result in the loss of privileges as well as increased safety and security measures. The only means of returning to modified operations is through inmates' strict adherence to the rules, regulations, and orders put forth by staff. Any and all refusals to cooperate will be met with disciplinary action and may result in extended lock down periods. Your cooperation is not only appreciated, but expected. Thank you.

_____          01/18/22
R. Wolfe, Complex Warden              Date

**NOTICE TO THE INMATE POPULATION**

Effective Monday, January 31, 2022, you were secured in your assigned cells/quarters for precautionary reasons due to a significant incident occurring within one of our institutions. These measures are necessary for the Agency to maintain the secure and orderly running of our institutions, as well as to ensure the continued safety of staff, inmates, and the public.

I understand this action is frustrating for all of you. This decision directly impacts each of you, as well as your friends and family; however, we anticipate we will return to prior operations as soon as possible.

Please continue to communicate with staff and share your concerns.

Saelan Dinelle 14474-052
USP Hazelton
U.S Penitentiary
P.O Box 2000
Bruceton Mills
WV 26525

Legal Mail

Senior Judge Norman A. Mordue
US District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse New York 13261-7367

Legal Mail

PITTSBURGH PA 150
23 FEB 2022 PM 2 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
FEB 28 2022
RECEIVED

13261-610099